## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:23MJ67 RMS | 03/17/2023 11:25 am | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

No evidence was collected as a result of this warrant.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/17/2023

JONATHAN PRITCHETT
Digitally signed by JONATHAN PRITCHETT
Date: 2023.03.17 11:30:16 -04'00'

*Executing officer's signature*

Jonathan Pritchett

*Printed name and title*